# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-0095 REB-MEH

United States Securities
and Exchange Commission,

      Plaintiff,

v.

James Charles Blue,
Randy Cook, and Victor Campbell,

      Defendants.

---

## ORDER CORRECTING FINAL JUDGMENTS AS TO DEFENDANTS VICTOR CAMPBELL AND JAMES CHARLES BLUE TO PROVIDE FOR THE ESTABLISHMENT OF A COURT REGISTRY INVESTMENT SYSTEM ACCOUNT TITLED IN THE NAME OF THIS CASE

---

    Pending before the Court is the Unopposed Motion to Correct Final Judgments as to Defendants Victor Campbell and James Charles Blue, filed by Plaintiff United States Securities and Exchange Commission. The Final Judgment as to Defendant Victor Campbell (Docket Entry No. 4) and the Final Judgment as to Defendant James Charles Blue (Docket Entry No. 5) (together, the "Final Judgments") contain identical language directing the Clerk of this Court to deposit payments made by the defendants made pursuant to the Final Judgments into a CRIS account established in the name of a related civil matter.

    The Court is informed that the reference in the Final Judgments to a related civil matter is a clerical mistake, that such matter does not exist, and consequently there is no established CRIS

1

account into which the defendants' payments could be deposited.  The Court is of the view that an account titled in the name of the instant case should be established in the CRIS for that purpose.  *See* D.C. Colo. LCivR 67.2.  Accordingly, pursuant to Rule 60, Federal Rules of Civil Procedure, it is hereby

ORDERED that the Final Judgment as to Defendant Victor Campbell and the Final Judgment as to Defendant James Charles Blue are corrected as follows:

The sentence at the beginning of the second paragraph of Section IV, at page 5, of the Final Judgment as to Defendant Victor Campbell, and the identical sentence at the beginning of the second paragraph of Section IV, at page 5, of the Final Judgment as to Defendant James Charles Blue, which read "The Clerk shall deposit the funds into an interest bearing account with the Court Registry Investment System ("CRIS") established in the related civil matter entitled SEC v. ConAgra Foods, Inc. et al." are stricken from the Final Judgments, and each of them, and are replaced in the Final Judgments, and each of them, with the following sentence: "The Clerk shall deposit the funds into an interest bearing account with the Court Registry Investment System ("CRIS") to be titled in the name of this case, SEC v. James Charles Blue et al., No. 07-CV-00095 REB-MEH."

The Final Judgments, and each of them, remain in full force and effect are not altered, amended, or otherwise affected by this Order Correcting Final Judgments, except as provided herein.

Dated:  January 25, 2007

                                      s/ Robert E. Blackburn
                                      UNITED STATES DISTRICT JUDGE