**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00095-REB-MEH

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

JAMES CHARLES BLUE,
RANDY COOK, and
VICTOR CAMPBELL,

    Defendants.

**MINUTE ORDER**[1]

The matter before the court is the **Unopposed Motion of Defendant Cook for Leave to File Motion to Dismiss in Excess of Page Limit** [#23], filed March 21, 2007. Said motion is **DENIED**, and the **Motion to Dismiss and Brief in Support Thereof** [#22], filed March 21, 2007, is **STRICKEN**.

Dated:  March 21, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.