IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  07-cv-00095-REB-MEH | Date:   July 10, 2007 |
| Courtroom Deputy:  Cathy Coomes | **FTR – Courtroom A601** |

UNITED STATES SECURITIES AND EXCHANGE
COMMISSION,

Arthur S. Lowry (by phone)

          Plaintiff(s),

v.

RANDY COOK,

Terence P. Boyle
Mark Apelman (by phone)

          Defendant(s).

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**Court in session:**     **1:39 p.m.**

Court calls case.  Appearances of counsel.

Discussion regarding Plaintiff's Motion to Disqualify Counsel of Defendant Due to Conflict of Interest (Doc. #36, filed 5/16/07).

**ORDERED:**  The Court holds the motion in abeyance as stated on the record.

**Court in recess:**     **1:59 p.m. (Hearing concluded)**
**Total time in Court:** 0:20