IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00095-REB-MEH

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,
v.

JAMES CHARLES BLUE,
RANDY COOK, and
VICTOR CAMPBELL,

    Defendants.
_____

**ORDER ON PLAINTIFF'S MOTION TO DISQUALIFY DEFENDANT'S COUNSEL**
_____

    Before the Court is Plaintiff's Motion to Disqualify Defendant's Counsel Due to Conflict of Interest [Docket #36], in which Plaintiff argues that counsel for Defendant Randy Cook has a conflict of interest because he previously represented a potential witness in this case Robert Jerald Henkel during the investigative phase of this action. The matter is briefed and has been referred to this Court [Docket #37]. The Court heard oral argument on July 11, 2007, and requested that Defendant's counsel provide a written notice of waiver of conflict of interest. On July 20, 2007, the Court received for *in camera* review a statement signed by Robert Jerald Henkel stating that his current counsel had reviewed the pleadings on this motion with him, as well as the relevant issues, and that he waived any conflict of interest as to counsel Mark Apelman.

    Recognizing the peculiar standing issues that allow Plaintiff to raise this issue and believing that the individual holding the greatest right to seek disqualification has waived that right, the Court hereby **denies** Plaintiff's Motion to Disqualify Defendant's Counsel Due to Conflict of Interest [Filed May 16, 2007; Docket #36].

Dated at Denver, Colorado, this 26th day of July, 2007.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge