IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-00095-REB-MEH

UNITED STATE SECURITIES
AND EXCHANGE COMMISSION,

        Plaintiff,

v.

RANDY COOK,

        Defendant.

---

**ORDER OF DISMISSAL OF CLAIMS ONE AND TWO AS TO DEFENDANT COOK**

---

Pursuant to the Unopposed Motion filed by plaintiff United States Securities and Exchange Commission ("Commission"), and the Court being fully advised in the premises, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The Court takes notice that the Final Judgment as to Defendant Randy Cook ("Final Judgment") has been previously entered in this case. Defendant Randy Cook ("Cook") shall comply with all terms and conditions in that Final Judgment, including, without limitation, the obligation to make full and timely payment of all amounts as set forth in the Final Judgment to the Clerk of the Court for deposit into a Court Registry Investment System ("CRIS") account in accordance with the Final Judgment;

1

2. When the payments called for in that Final Judgment have been received and deposited into the CRIS account, the Clerk of the Court shall provide written confirmation, by e-mail or otherwise, to the parties identifying the amounts received and deposited;

3. After receiving written confirmation from the Clerk of the Court that demonstrates that all amounts called for in the Final Judgment have been timely and fully paid and deposited into the CRIS account, the Commission shall promptly file with this Court notice to that effect ("Notice of Payment and Deposit"); and

4. Upon filing of the Commission's filing of the Notice of Payment and Deposit, the dismissal, with prejudice, of Claims One and Two of the Complaint and all supporting allegations will be effective as to defendant Cook.

Dated February 1, 2008, at Denver, Colorado.

                                **BY THE COURT:**

                                **s/ Robert E. Blackburn**
                                **Robert E. Blackburn**
                                **United States District Judge**